

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Gregory Dewayne Newson

No. 06-23-00036-CR

Original Mandamus Proceeding

Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we deny the petition.

RENDERED APRIL 21, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk